**John LARSON et al.**

v.

**Robert J. ESPOSITO et al.**

No. 83–135–A.

Supreme Court of Rhode Island.

Nov. 17, 1983.

Edward E. Dillon, Lind & Dillon, Slatersville, for plaintiff.

Stephen C. Mackie, Almonte, Lisa & Pisano, Providence, for defendant.

ORDER

The plaintiffs' motion to dismiss this appeal as interlocutory is hereby granted.

**John S. MEEHAN**

v.

**The CITY OF EAST PROVIDENCE et al.**

No. 83–279–M.P.

Supreme Court of Rhode Island.

Nov. 17, 1983.

Vincent T. Cannon, Providence, for plaintiff.

Robert R. Nocera, Pawtucket, for defendant.

ORDER

The plaintiff's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is assigned to the motion calendar for oral argument.